UNITED STATES v. JOINT TRAFFIC ASS'N. (Circuit Court of Appeals, Second Circuit. March 19, 1897.) No. 92. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Charles Howland Russell, Allen McCulloh, Ashbel Green, Frank Loomis, and Carter & Ledyard, for appellee. No opinion. Affirmed. See 76 Fed. 895.

---

UNITED STATES v. LAHEY et al. (Circuit Court of Appeals, Second Circuit. February 26, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Comstock & Brown, for appellees. Dismissed, pursuant to the sixteenth rule, for failure to docket. See 18 C. C. A. 341, 71 Fed. 870.

---

UNITED STATES v. MADDOCK et al. (Circuit Court of Appeals, Second Circuit. January 13, 1893.) No. 26. Appeal from the Circuit Court of the United States for the Southern District of New York. Edward Mitchell, U. S. Atty. Hartley & Coleman, for appellees. No opinion. Affirmed.

---

. UNITED STATES v. RHEIMS. (Circuit Court of Appeals, Second Circuit. December 18, 1894.) No. 60. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Curie, Smith & Mackie, for appellee. No opinion. Affirmed.

---

UNITED STATES v. SCHMIDT. (Circuit Court of Appeals, Second Circuit. April 26, 1893.) No. 21. Appeal from the Circuit Court of the United States for the Southern District of New York. Edward Mitchell, U. S. Atty. Stanley, Clark & Smith, for appellee. No opinion. Affirmed.

---

UNITED STATES v. SCHWARTZ. (Circuit Court of Appeals, Second Circuit. January 27, 1897.) No. 65. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Comstock & Brown, for appellee. No opinion. Affirmed. See 76 Fed. 452.

---

UNITED STATES v. SUSSFELD et al. (Circuit Court of Appeals, Second Circuit. May 3, 1893.) No. 42. Appeal from the Circuit Court of the United States for the Southern District of New York. Edward Mitchell, U. S. Atty. Curie, Smith & Mackie, for appellees. No opinion. Affirmed.

---

UNITED STATES v. VEITH. (Circuit Court of Appeals, Second Circuit. April 28, 1893.) No. 41. Appeal from the Circuit Court of the United States for the Southern District of New York. Edward Mitchell, U. S. Atty. Stanley, Clark & Smith, for appellee. No opinion. Affirmed.